UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

REGAN DARBY PRATER

Case No. 3:26-CR- 16

Judges Varlan / McCook

# INFORMATION

The United States Attorney charges:

## COUNT ONE
(Malicious Use of Fire)

On or about March 29, 2019, in the Eastern District of Tennessee, the defendant,

REGAN DARBY PRATER

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce; that is, the administrative building of the Highlander Center.

In violation of Title 18, United States Code, Section 844(i).

## COUNT TWO
(Attempted Provision of Material Support to a Designated Foreign Terrorist Organization)

On or about October 27, 2019, in the Eastern District of Tennessee, the defendant,

REGAN DARBY PRATER

knowingly attempted to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), to wit, a list of personally identifiable information for individuals purportedly affiliated with the government of Israel, to a foreign terrorist

organization, that is, Hizballah, which at all relevant times has been designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act ("INA"), and is currently designated as such as of the date of the filing of this Information, knowing that Hizballah was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that Hizballah engages and has engaged in terrorist activity (as defined in Section 212(a)(3)(B) of the INA), and that Hizballah engages and has engaged in terrorism (as defined in Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989).

In violation of Title 18, United States Code, Section 2339B(a)(1).

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *(signature)*
Casey T. Arrowood
Kyle J. Wilson
Assistant U.S. Attorneys

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

By: *(signature)*
For Katherine McCallister
Trial Attorney

JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL
NATIONAL SECURITY DIVISION

By: *(signature)*
For Justin Sher
Trial Attorney

2