# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT ☐ SUPERSEDING  Case Number: 3:26-CR-_____
☒ INFORMATION (*Requires AO 455 Waiver of Indictment for Felony Cases*)
☐ RULE 20

USA v. REGAN DARBY PRATER

☒ Felony  ☐ Class A Misdemeanor (*AO 86A Consent form required at Initial Appearance*)
☐ Misdemeanor (Not Class A)  ☐ Petty Offense

Immigration Cases
☐ Defendant is being added to existing criminal case  ☐ Zone A  ☐ Zone B
☐ Charges/Counts Added

Name of Assigned AUSA: Casey T. Arrowood

Matter Sealed: ☐ YES  ☒ NO       Place of Offense: New Market
☐ Interpreter Required  Language:

Issued: ☐ WARRANT  ☐ SUMMONS  ☐ WRIT (*Motion to be filed*)

Arresting Agency: ☐ DEA  ☐ ATF  ☐ USMS  ☐ FBI  Other:

Current Trial Date (*if any*):       before Judge

☐ Criminal Complaint Filed  Case Number:
☐ Defendant on Supervised Release  Case Number:

Related Case/Attorney:

Case Number: 3:25-CR-43      Attorney: G. Nicholas Wallace

Reason for Related Case Determination: Same defendant

Defense Counsel (*if any*):

☐ Federal Defender  ☐ CJA  ☐ Retained

Appointed by Target Letter  Case Number:
Appointed in Pending Indictment  Case Number:

CHARGES: Total number of Counts for this Defendant: 2

Attorney Signature: s/Casey T. Arrowood

# CRIMINAL CASE COVER SHEET

Case Number: 3:25-CR-_____
USA v. REGAN DARBY PRATER

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| 18 U.S.C. § 844(i) | Malicious Use of Fire | Y | 1 | |
| 18 U.S.C. § 2339B (a)(1) | Attempted Provision of Material Support to a Designated Foreign Terrorist Organization | Y | 2 | |