

# United States District Court
## Eastern District of Tennessee
### Knoxville

Case No: 3:26-CR-16          Date:    April 13, 2026

United States of America          vs.          Regan Darby Prater

**PROCEEDINGS:  Change of Plea.**  The defendant was sworn and advised of their constitutional rights and of the penalties of the offense charged.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | DCR | Amanda Latham |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Casey Arrowood | | Nick Wallace |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- Defendant waives reading of Information
- Waiver of Indictment executed
- Defendant Pleads guilty to count(s)  1 and 2
- Referred for Presentence Investigative Report.

DATE SET:   **Sentencing:**  September 9, 2026 @ 10:00 a.m.

**Before** the Honorable Thomas A. Varlan, United States District Judge

- The defendant to remain in the custody of the U.S. Marshal

3:20 p.m. to 3:41 p.m.

I, Julie Norwood, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_326CR16_20260413_151339