UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

REGAN DARBY PRATER

No. 3:26-CR- 16

Judges McCook / Varlan

## WAIVER OF INDICTMENT

The defendant, Regan Darby Prater, being fully advised of the nature of the charges and of

his rights, hereby waives in open Court prosecution by Indictment and consents that the proceeding

may be by Information instead of Indictment.

4/13/26
Date

Regan Darby Prater
Defendant

4/13/2026
Date

G. Nicholas Wallace
Attorney for the Defendant