UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case No. 3:26-CR-16 Date: October 20, 2026

United States of America vs. Regan Darby Prater

**PROCEEDINGS: Sentencing Hearing.**

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

Julie Norwood
**Deputy Clerk**

Kara Nagorny
**Court Reporter**

Amanda Latham
**Probation Officer**

Casey Arrowood
**Asst. U.S. Attorney**

Nicholas Wallace
**Attorney for Defendant**

**JUDGMENT OF THE COURT:**

- **210 Imprisonment as to each of Counts 1 and 2 to be served concurrently**. This sentence shall run concurrently with Count 1 and consecutive to any remaining counts in Criminal Court, Coffee County, Tennessee, Docket Number 2020-CR-47150.
- Followed by 3 Years Supervised Release and shall run concurrently with the 3 years of supervised release imposed in the Eastern District of Tennessee, Docket Number 4:20-CR-21.
- The Indictment in 3:25-CR-43 is Dismissed.
- Special Assessment in the amount of $200.00. Restitution in the amount of $1,289,000.00. The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine.
- The court recommends designation to either Coleman II or Terre Haute
- Defendant to remain in the custody of the United States Marshal pending designation.

11:05 a.m. to 11:50 a.m.
12:14 p.m. to 12:50 p.m.